# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

COHEN FULLER,

    Plaintiff

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

    Defendant

Case No.: 2:26-cv-01974-APG-BNW

**Order**

Cohen Fuller seeks expedited briefing for his emergency motion for a temporary restraining order (TRO) and preliminary injunction. ECF No. 5. at 2.  But the National Association Collegiate Athletic Association (NCAA) has not yet been served so it is unclear when it could file a response to the motion.  Fuller must serve the complaint, the TRO motion, and this order on the NCAA and then file notice of completion of service.  At that point, I will set the briefing schedule for the TRO motion.

DATED this 1st day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE