**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

COHEN FULLER,

Plaintiff

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant

Case No.: 2:26-cv-01974-APG-BNW

**Order Setting Briefing Schedule**

Cohen Fuller served the National Collegiate Athletic Association (NCAA) by certified mail to the NCAA's office in Indiana. ECF No. 17. While it is unclear whether that is proper service under Indiana law (*see* Federal Rule of Civil Procedure 4(e)(1)), the NCAA has waived any defects in service. ECF No. 18 at 1-2 n.1.

I THEREFORE ORDER that the NCAA's opposition to the pending motion for temporary restraining order and preliminary injunction (ECF No. 5) is due by July 24, 2026. Fuller may file a reply by July 31, 2026.

DATED this 17th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE