UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| COHEN FULLER<br><br>Plaintiff(s),<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION<br><br>Defendant(s). | Case #2:26-cv-1974-APG-BW<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Ben D. Kappelman (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Dorsey & Whitney LLP (firm name) with offices at 50 South Sixth Street, Suite 1500 (street address), Minneapolis (city), Minnesota (state), 55402 (zip code), 612-492-6744 (area code + telephone number), kappelman.ben@dorsey.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by National Collegiate Athletic Association [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since August 20, 2013 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Minnesota (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| See Attachment A | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Minnesota State Bar Association
Hennepin County Bar Association
State Bar of Montana

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 06/25/2025 | 3:25-cv-00253 | USDC, District of Nevada | Granted |
| 08/13/2025 | 2:25-cv-01376 | USDC, District of Nevada | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF Minnesota )
)
COUNTY OF HENNEPIN )

Ben Kappelman, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

28 day of July, 2026.

Notary Public or Clerk of Court

JAKELIN MENDOZA
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2029

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate John M. Naylor (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Naylor & Braster, 10100 W. Charleston Blvd., Suite 120,
(street address)

Las Vegas, (city) Nevada, (state) 89135, (zip code)

702-420-7998, (area code + telephone number) jnaylor@naylorandbrasterlaw.com. (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) John M. Naylor (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

(party's signature)

Lexi Fuson Managing Director of Legal Affairs Litigation
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

5435
Bar number

jnaylor@naylorandbrasterlaw.com
Email address

APPROVED:

Dated: this 29th day of July, 2026.

UNITED STATES DISTRICT JUDGE

**Attachment A**
**Ben D. Kappelman's Attorney Admissions**

| **Court** | **Date of Admission** | **Bar No.** | **Current Status** |
|---|---|---|---|
| Supreme Court of Maine | 05/21/12 | 004975 | Good Standing |
| U.S. Patent and Trademark Office | 05/21/12 | 69675 | Good Standing |
| Supreme Court of New York | 03/29/12 | 5025432 | Good Standing |
| Supreme Court of Montana | 04/24/13 | 12564 | Good Standing |
| USDC, District of Montana | 06/25/13 | N/A | Good Standing |
| Supreme Court of Minnesota | 08/20/13 | 0395122 | Good Standing |
| USDC, District of Minnesota | 08/28/13 | N/A | Good Standing |
| U.S. Court of Appeals for the Ninth Circuit | 12/04/13 | N/A | Good Standing |
| U.S. Court of Appeals for Veterans Claims | 03/04/15 | N/A | Good Standing |
| U.S. Court of Appeals for the Federal Circuit | 03/04/15 | N/A | Good Standing |
| U.S. Bankruptcy Court, District of Montana | 07/08/15 | 12564 | Good Standing |
| USDC, District of North Dakota | 03/12/18 | N/A | Good Standing |
| USDC, District of Colorado | 08/02/18 | N/A | Good Standing |
| USDC, Southern District of New York | 02/11/20 | N/A | Good Standing |
| USDC, Northern District of New York | 02/28/20 | N/A | Good Standing |
| USDC, Eastern District of Wisconsin | 11/16/20 | N/A | Good Standing |
| USDC, Eastern District of Michigan | 05/27/22 | N/A | Good Standing |
| USDC, Western District of Oklahoma | 07/15/22 | N/A | Good Standing |
| USDC, District of Columbia | 08/01/22 | N/A | Good Standing |
| U.S. Court of Appeals for the Eleventh Circuit | 08/29/22 | N/A | Good Standing |
| U.S. Court of Appeals for the Eighth Circuit | 09/07/22 | N/A | Good Standing |
| USDC, Western District of Wisconsin | 12/30/22 | N/A | Good Standing |

| | | | |
|---|---|---|---|
| U.S. Court of Federal Claims | 07/14/23 | N/A | Good Standing |
| Shakopee Mdewakanton Sioux Community (SMSC) | 10/24/23 | N/A | Good Standing |

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

BEN DESMOND KAPPELMAN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

August 20, 2013

Given under my hand and seal of this court on

February 12, 2026

Emily J. Eschweiler

Emily J. Eschweiler, Director
Office of Lawyer Registration

STATE OF MAINE
SUPREME JUDICIAL COURT

# *Certificate of Good Standing*

*I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that Ben D. Kappelman, Esq. (Bar # 004975) of Minneapolis, MN was duly admitted as an Attorney and Counselor at Law in the State of Maine on May 21, 2012, and is presently registered and in good standing as an Active Non-Resident member of the bar.*

*Given under my hand and the Seal of said Court on February 20, 2026.*

*Matthew E. Pollack*
*Executive Clerk*

*Not valid without raised seal.*

# CERTIFICATE of the CLERK of the SUPREME COURT of the STATE OF MONTANA

I, Bowen Greenwood, Clerk of the Supreme Court of the State of Montana, do hereby certify that BEN DESMOND KAPPELMAN residing in Minneapolis, MN was on the 24th day of April 2013 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and seal of the court,

This 11th day of February, 2026.

Clerk of the Supreme Court

*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

---

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

*Ben Desmond Kappelman*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***March 29, 2012,*** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of Albany on February 13, 2026.*

Robert D Mayberger

*Clerk of the Court*

*CertID-00274607*