John M. Naylor
Nevada Bar No. 5435
Kelly M. Scarborough
Nevada Bar No. 16979
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV  89135
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
kscarborough@nblawnv.com

*Attorneys for Defendant*
*National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

COHEN FULLER,

  Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION,

  Defendant.

Case No. 2:26-cv-1974-APG-BW

**JOINT MOTION TO STAY DEADLINE
TO ANSWER COMPLAINT**

Plaintiff Cohen Fuller and Defendant National Collegiate Athletic Association ("NCAA"), by and through their respective counsel of record, hereby submit this Joint Motion requesting a stay of the NCAA's obligation to respond to the Complaint, ECF No. 3, while Plaintiff's Motion for Preliminary Injunction ("Motion"), ECF No. 5, is pending. In support of this motion, the Parties state as follows:

  1. On June 29, 2026, Plaintiff Cohen Fuller filed his Complaint and the Motion.

  2. On July 24, 2026, the NCAA filed its Opposition to the Motion, ECF No. 22.

  3. Plaintiff's Reply is due July 31, 2026.

  4.  A hearing on the Motion is scheduled for August 3, 2026, at 2:30 p.m.

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

5. The NCAA's deadline to respond to the Complaint is currently July 31, 2026.

6. The Parties have conferred regarding the NCAA's obligation to respond to the Complaint and believe it will conserve their and the Court's resources to resolve the Motion before further development of the pleadings. Therefore, the parties move to stay the NCAA's obligation to respond to the Complaint until 21 days after the Court's written order on the Motion.

7. WHEREFORE, Plaintiff Cohen Fuller and Defendant NCAA respectfully request this Court enter an Order directing that the NCAA's deadline to respond to the Complaint shall be 21 days after the Court's written order on the Motion.

Dated: July 31, 2026

NAYLOR & BRASTER

**O'REILLY LAW GROUP**

By: */s/ John M. Naylor*
    John M. Naylor
    Nevada Bar No. 5435
    10100 W. Charleston Blvd., Suite 120
    Las Vegas, NV 89135

*Attorney for National Collegiate Athletic Association*

By: */s/ Timothy R. O'Reilly*
    Timothy R. O'Reilly
    Nevada Bar No. 8866
    325 S Marylan Parkway, Suite 100a
    Las Vegas, NV 89101

*Attorney for Plaintiff Cohen Fuller*

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

4900-9852-6147\1

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 31st day of July 2026, I caused the document **JOINT MOTION TO STAY DEADLINE TO ANSWER COMPLAINT** to be served through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter.

*/s/ Halee Mennear*
An Employee of NAYLOR & BRASTER

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

3

4900-9852-6147\1