**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COHEN FULLER,<br><br>     Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>     Defendant. | Case No. 2:26-cv-1974-APG-BW<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Cohen Fuller has moved the Court to permit the filing of a Notice of Supplemental Authority Regarding Wisne v. NCAA Class Certification and Preliminary Injunction Orders Dated July 31, 2026 [Doc. 32]. Defendant does not object procedurally to the filing of the Orders but reserves all rights to argue the significance and application of the Orders to this case.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

DATED THIS 3RD day of August, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE