John M. Naylor
Nevada Bar No. 5435
Kelly M. Scarborough
Nevada Bar No. 16979
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
kscarborough@nblawnv.com

*Attorneys for Defendant*
*National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COHEN FULLER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 2:26-cv-1974-APG-BW<br><br>**STIPULATION TO EXTEND DEADLINE TO ANSWER COMPLAINT** |

Plaintiff Cohen Fuller and Defendant National Collegiate Athletic Association ("NCAA"), by and through their respective counsel of record, hereby submit this Stipulation to extend the NCAA's time to respond to the Complaint, ECF No. 3, until **September 17, 2026** (45 days after the hearing on Plaintiff's withdrawn motion for preliminary injunction). The Parties agree that an extension is warranted due to the considerations discussed at the hearing.

Stipulated to on: August 10, 2026

NAYLOR & BRASTER

By: */s/ John M. Naylor*
John M. Naylor
Nevada Bar No. 5435
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

*Attorney for National Collegiate Athletic Association*

**O'REILLY LAW GROUP**

By: */s/ Timothy R. O'Reilly*
Timothy R. O'Reilly
Nevada Bar No. 8866
325 S Marylan Parkway, Suite 100a
Las Vegas, NV 89101

*Attorney for Plaintiff Cohen Fuller*



NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000