WOODROW K. GLASS (ADMITTED PRO HAC VICE)
Oklahoma Bar No. 15690
GEOFFREY A. TABOR (ADMITTED PRO HAC VICE)
Oklahoma Bar No. 32880
CHLOE N. GLASS (ADMITTED PRO HAC VICE)
Oklahoma Bar No. 36646
**GLASS & TABOR, LLP**
1601 36th Avenue NW
Norman, OK 73072
Phone: 405-360-9700
Email: geoffrey@glasstaborlaw.com; woody@glasstaborlaw.com; chloe@glasstaborlaw.com

Timothy R. O'Reilly
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S Maryland Parkway, Suite 100a
Las Vegas, NV 89101
Phone: 702-812-3339
Email: tor@olglaw.com
**ATTORNEYS FOR PLAINTIFF COHEN FULLER**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

COHEN FULLER,

**Plaintiff**,

vs.
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

**Defendant**.

Case No. 2:26-cv-01974

**PLAINTIFF'S NOTICE OF UPDATE REGARDING WISNE V. NCAA TENTH CIRCUIT STAY ORDER DATED AUGUST 21, 2026**

## I. FACTUAL BACKGROUND

Plaintiff Cohen Fuller, ("Plaintiff"), submits this Notice of Update Regarding Wisne v. NCAA Tenth Circuit Stay Order Dated August 21, 2026. Plaintiff wishes to advise the Court that in the Wisne Appeal, the Tenth Circuit granted the NCAA's Motion to Stay and stayed the Wisne District Court's July 31, 2026 injunction pending the disposition of the appeal on the merits, or until further order from the Tenth Circuit.

On July 31, 2026, the United States District Court for the District of Colorado (1) granted the Wisne plaintiffs' Motion for Rule 23(b)(2) Class Certification and (2) granted the Wisne plaintiffs' request for preliminary injunctive relief, making class members immediately eligible. Wisne concerns the NCAA's recent implementation of its new age-based eligibility model, commonly referred to as the "5-in-5" Rule, and the NCAA's exclusion of student-athletes who began collegiate competition in the 2022-2023 academic year, competed in Division I athletics, completed four seasons under the prior rules by the end of the 2025-2026 academic year, and are now barred from a fifth season. The previously certified class is defined as follows:

> All persons in the United States who began to play in collegiate sports in the 2022-2023 season, competed in NCAA Division I sports, and completed four years of eligibility as defined by the NCAA's prior rules by the conclusion of the 2025-2026 season, and are therefore barred from playing a fifth season due to the NCAA's adoption and immediate implementation of the Five-Year Eligibility Rule.

As of July 31, 2026, the Wisne Court (1) certified the above-defined class under Fed. R. Civ. P. 23(b)(2) and (2) entered injunctive relief deeming the class immediately eligible. As of August 21, 2026, the Tenth Circuit has stayed the above-cited orders from the District Court pending further review.

## II. INDEX OF EXHIBITS

**1.** Wisne v. Nat'l Collegiate Athletic Ass'n, 10th Cir. Case No. 26-1309, D. Colo. Case No. 1:26-CV-03063-CNS-KAS: Doc. 28 (Order dated August 21, 2026).

## III. CONCLUSION AND RELIEF REQUESTED

Plaintiff respectfully requests that this Court take notice of the August 21, 2026 Wisne Order. Given this development, Plaintiff is preparing to re-file his request for a temporary restraining order / preliminary injunction and would request that the same be heard on an emergency and expedited basis, given that UNLV's football season starts on August 29, 2026.

DATED AUGUST 23, 2026.

Respectfully Submitted:

**/s/ Geoffrey A. Tabor**
Woodrow K. Glass, Oklahoma Bar. No. 15690
Geoffrey A. Tabor, Oklahoma Bar. No. 32880
Chloe N. Glass, Oklahoma Bar. No. 36646
(ADMITTED PRO HAC VICE)
**GLASS & TABOR, LLP**
1601 36th Ave. NW
Norman, OK 73072
Phone: 405-360-9700
woody@glasstaborlaw.com
geoffrey@glasstaborlaw.com
chloe@glasstaborlaw.com

**/s/ Timothy R. O'Reilly**
Timothy R. O'Reilly, Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S Maryland Parkway, Suite 100a
Las Vegas, NV 89101
Phone: 702-812-3339
tor@olglaw.com
**ATTORNEYS FOR PLAINTIFF**
**ATTORNEY LIEN CLAIMED**

## CERTIFICATE OF SERVICE

I certify that on the date this document was filed with the Court's CM/ECF system, I caused it to be served to all persons designated by the parties that have appeared of record in this matter.

**/s/ Geoffrey A. Tabor**
Geoffrey A. Tabor, Oklahoma Bar. No. 32880