**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

COHEN FULLER,

Plaintiff

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant

Case No.: 2:26-cv-01974-APG-BNW

**Order Granting Motion for Expedited Briefing Schedule and Hearing**

[ECF No. 45]

Cohen Fuller has file a renewed emergency motion for injunctive relief against the National Collegiate Athletic Association (NCAA). ECF No. 44. He also moves for expedited briefing on and consideration of that motion before the August 29, 2026 start to UNLV's football season. ECF No. 45.

I HEREBY ORDER that Fuller's motion for expedited briefing and hearing **(ECF No. 45)** is GRANTED. The NCAA's opposition to the pending emergency motion for injunctive relief (ECF No. 44) is due by August 27, 2026 at 3:00 p.m. I will conduct a hearing on the motion on Friday, August 28, 2026 at 10:00 a.m. in Las Vegas Courtroom 6C. If the NCAA wants more time to brief and argue the motion, the parties could stipulate (without conceding or prejudice to the merits of either side's arguments) to a temporary restraining order that would allow Fuller to play on August 29, 2026 or beyond, with briefing and a hearing the following week (or later).

DATED this 26th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE