John M. Naylor
Nevada Bar No. 5435
Kelly M. Scarborough
Nevada Bar No. 16979
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
kscarborough@nblawnv.com

*Attorneys for Defendant*
*National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COHEN FULLER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 2:26-cv-1974-APG-BW<br><br>**STIPULATION TO EXTEND TIME TO SUBMIT A PROPOSED DISCOVERY PLAN (FIRST REQUEST)** |

This is the first request by the parties to extend the deadline for filing a proposed discovery plan. The discovery plan is currently due on August 31, 2026. (ECF No. 21). Plaintiff Cohen Fuller and Defendant National Collegiate Athletic Association ("NCAA"), by and through their respective counsel of record, hereby submit this Stipulation to extend the date to submit a proposed discovery plan until **September 8, 2026**. The Parties agree that an extension is warranted due to (i) the Court's recent ruling on August 28, 2026 regarding Plaintiff Cohen Fuller's application for a temporary restraining order (ECF No. 48), and (ii) Defendant National Collegiate Athletic Association's pending Motion to Change Venue or Transfer (ECF No. 40). This extension will allow the parties

additional time to consider these recent case developments and the potential impact on their positions.

Stipulated to on: August 31, 2026

NAYLOR & BRASTER

By: */s/ John M. Naylor*
John M. Naylor
Nevada Bar No. 5435
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

*Attorney for National Collegiate Athletic Association*

**O'REILLY LAW GROUP**

By: */s/ Timothy R. O'Reilly*
Timothy R. O'Reilly
Nevada Bar No. 8866
325 S Marylan Parkway, Suite 100a
Las Vegas, NV 89101

*Attorney for Plaintiff Cohen Fuller*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATE: September 1, 2026