WOODROW K. GLASS (ADMITTED PRO HAC VICE)
Oklahoma Bar No. 15690
GEOFFREY A. TABOR (ADMITTED PRO HAC VICE)
Oklahoma Bar No. 32880
CHLOE N. GLASS (ADMITTED PRO HAC VICE)
Oklahoma Bar No. 36646
**GLASS & TABOR, LLP**
1601 36th Avenue NW
Norman, OK 73072
Phone: 405-360-9700
Email: geoffrey@glasstaborlaw.com; woody@glasstaborlaw.com; chloe@glasstaborlaw.com

Timothy R. O'Reilly
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S Maryland Parkway, Suite 100a
Las Vegas, NV 89101
Phone: 702-812-3339
Email: tor@olglaw.com
**ATTORNEYS FOR PLAINTIFF COHEN FULLER**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COHEN FULLER,<br><br>**Plaintiff**,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>**Defendant**. | Case No. 2:26-cv-01974<br><br>**PLAINTIFF'S MOTION FOR EMERGENCY BRIEFING AND HEARING SCHEDULE REGARDING PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

## INTRODUCTION

Plaintiff Cohen Fuller ("Plaintiff" or "Fuller") submits this Motion requesting an emergency/expedited briefing and hearing schedule regarding his Emergency Motion for

Preliminary Injunction against Defendant National Collegiate Athletic Association ("Defendant" or "NCAA") that was filed on September 14, 2026 [Doc. 57].

**FACTUAL BACKGROUND, ARGUMENT, & AUTHORITY**

**Procedural History of This Case**

Plaintiff filed this lawsuit and his initial emergency Motion for TRO / Preliminary Injunction on June 29, 2026. On July 1, 2026, this Court entered an Order directing Plaintiff to serve the Complaint and Motion for TRO / Preliminary Injunction on the NCAA before the Court would set a briefing schedule. On July 17, 2026, the NCAA appeared and filed its Response disputing emergency treatment. Also on July 17, 2026, the Court set an expedited briefing schedule, ordering the NCAA's opposition due July 24, 2026, and Plaintiff's reply due July 31, 2026. The Court initially set the hearing for August 5, 2026, then advanced it to August 3, 2026 at the Parties' request.

Before that hearing, however, the Wisne Case materially changed the posture of Plaintiff's emergency request. On July 31, 2026, the United States District Court for the District of Colorado certified a class and granted class-wide preliminary injunctive relief that appeared to make Plaintiff (along with many other student-athletes across the country) immediately eligible under the NCAA's recently passed "5-in-5 Rule". The NCAA then moved in this Court to adjourn or stay Plaintiff's pending hearing because, in the NCAA's view, Plaintiff had received the very injunctive relief he sought while the Wisne injunction remained in place. The NCAA argued that Plaintiff was a Wisne class member (with which Plaintiff agreed), had received the exact injunctive relief requested, and could not show irreparable harm while the Wisne injunction remained in place. Plaintiff opposed a stay, but the issue became whether Plaintiff's request

should proceed immediately while Wisne relief remained operative. Plaintiff's request for a TRO and/or preliminary injunction at that time was stayed due to Wisne.

On August 21, 2026, the Tenth Circuit stayed the District Court's Orders, making Plaintiff (and others similarly situated) ineligible again. Plaintiff gathered his pertinent materials as expeditiously as possible and filed a Renewed Motion regarding a TRO and/or preliminary injunctive relief. That Motion was heard and denied by this Court on August 28, 2026. The Court noted that Plaintiff could re-file a request for preliminary injunction, after which the Court could hear it on an expedited basis and set it for an evidentiary hearing. Plaintiff has now refiled his Motion with additional materials and respectfully requests such a setting.

**Plaintiff Respectfully Requests That his Motion be Heard Before UNLV Travels to its Next Game (September 25, 2026)**

Emergency treatment is warranted because Plaintiff is a UNLV defensive lineman whose eligibility status determines whether he may participate in the remainder of the 2026-2027 football season, and UNLV's next game is on September 26, 2026 at Akron in Ohio, with travel set for September 25, 2026. Delay also continues to prejudice Plaintiff's preparation, team integration, and financial opportunities.

Accordingly, Plaintiff respectfully requests that the Court set his Emergency Motion for Preliminary Injunction for immediate hearing before the September 25, 2026 travel date for the Akron game and as reasonably soon as possible, with any shortened briefing schedule the Court deems appropriate. The undersigned is ready, willing, and able to accommodate an expedited schedule.

## CONCLUSION

For the reasons stated herein and for good cause shown, Plaintiff respectfully requests that this Court hear his Emergency Motion for Preliminary Injunction [Doc. 57] on an emergency basis before September 25, 2026 or on the most expedited schedule and basis reasonably available to the Court.

DATED SEPTEMBER 14, 2026.

Respectfully Submitted:

**/s/ Geoffrey A. Tabor**
Woodrow K. Glass, Oklahoma Bar No. 15690
Geoffrey A. Tabor, Oklahoma Bar No. 32880
Chloe N. Glass, Oklahoma Bar No. 36646
(ADMITTED PRO HAC VICE)
**GLASS & TABOR, LLP**
1601 36th Ave. NW
Norman, OK 73072
Phone: 405-360-9700
woody@glasstaborlaw.com
geoffrey@glasstaborlaw.com
chloe@glasstaborlaw.com

**/s/ Timothy R. O'Reilly**
Timothy R. O'Reilly, Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S Maryland Parkway, Suite 100a
Las Vegas, NV 89101
Phone: 702-812-3339
tor@olglaw.com
**ATTORNEYS FOR PLAINTIFF**
**ATTORNEY LIEN CLAIMED**

**CERTIFICATE OF SERVICE**

I certify that on the date this document was filed with the Court's CM/ECF system, I caused it to be served to all persons designated by the parties that have appeared of record in this matter.

**/s/ Geoffrey A. Tabor**
Geoffrey A. Tabor, Oklahoma Bar No. 32880