**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

COHEN FULLER,

Plaintiff

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant

Case No.: 2:26-cv-01974-APG-BNW

**Order for Parties to Confer About Discovery and Briefing Schedule**

Cohen Fuller has filed another emergency motion for preliminary injunction and a request that it be heard on an expedited schedule. The National Collegiate Athletic Association (NCAA) opposes the motion to expedite for a variety of reasons, including that Fuller did not confer with it about the emergency motion as required by Local Rule 7-4(a)(3). ECF No. 62 at 4 n.3. The NCAA requests the full 14-day response period that usually applies to motions.

Because of the time-sensitive nature of this case, I have expedited consideration of prior motions. While I am inclined to do so again, the NCAA is entitled to a reasonable (under the circumstances) period to respond to the motion for preliminary injunction. It is unclear how much discovery each side needs to prepare for an injunction hearing and how much time each needs to complete briefing. I will not dictate a schedule to the parties at this point.

I THEREFORE ORDER the parties to confer about the briefing schedule and discovery that is needed to prepare for an injunction hearing. By September 17, 2026, the parties must file a joint status report setting forth either their stipulated schedule or each side's proposed schedule.

DATED this 15th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE