**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

COHEN FULLER,

Plaintiff

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant

Case No.: 2:26-cv-01974-APG-BNW

**Order Setting Briefing and Hearing Schedule**

[ECF Nos. 58, 60]

Cohen Fuller has filed another motion for preliminary injunction and a motion to expedite the briefing and hearing on that motion. I ordered the parties to confer but they could not agree on a schedule. Based on the parties' joint status report (ECF No. 64), I hereby deny Fuller's motion for expedited briefing (ECF Nos. 58, 60) and set the following schedule:

1. The NCAA's response to the motion for preliminary injunction is due September 29, 2026.
2. Fuller may file a reply in support of his motion by October 5, 2026.
3. I will conduct an evidentiary hearing on the preliminary injunction motion on Thursday, October 8, 2026 from 9:00 a.m. until noon (if needed) in Las Vegas courtroom 6C.
4. The parties must confer about who they will present as witnesses and file a witness list by October 6, 2026.

DATED this 18th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE