John M. Naylor
Nevada Bar No. 5435
Kelly M. Scarborough
Nevada Bar No. 16979
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
kscarborough@nblawnv.com

*Attorneys for Defendant*
*National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COHEN FULLER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 2:26-cv-1974-APG-BW<br><br>**SECOND STIPULATION TO EXTEND DEADLINE TO ANSWER COMPLAINT** |

Plaintiff Cohen Fuller and Defendant National Collegiate Athletic Association ("NCAA"), by and through their respective counsel of record, hereby submit this Stipulation to extend the NCAA's time to respond to the Complaint, ECF No. 3, until **October 13, 2026.** The NCAA's original deadline to respond was October 5, 2026. ECF No. 56. The Parties agree that an extension is warranted to ensure the parties can conserve their resources by first focusing on the pending injunction motion and then turning their attention to the deadline to respond to the Complaint, taking into account the Court's ruling on the motion and reasoning therefore.

Stipulated to on: October 2, 2026

NAYLOR & BRASTER

By: */s/ John M. Naylor*
John M. Naylor
Nevada Bar No. 5435
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

*Attorney for National Collegiate Athletic Association*

**O'REILLY LAW GROUP**

By: */s/ Geoffrey Tabor*
Timothy R. O'Reilly
Nevada Bar No. 8866
325 S Marylan Parkway, Suite 100a
Las Vegas, NV 89101
Geoffrey A. Tabor
Oklahoma Bar No. 15690
(ADMITTED PRO HAC VICE)
1601 36th Ave. NW
Norman, OK 73072
geoffrey@glasstaborlaw.com

*Attorneys for Plaintiff Cohen Fuller*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 2nd day of October, 2026, I caused the document **STIPULATION TO EXTEND DEADLINE TO ANSWER COMPLAINT** to be served through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter.

*/s/ Halee A. Mennear*
An Employee of NAYLOR & BRASTER