John M. Naylor
Nevada Bar No. 5435
Kelly M. Scarborough
Nevada Bar No. 16979
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
kscarborough@nblawnv.com

*Attorneys for Defendant*
*National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COHEN FULLER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 2:26-cv-1974-APG-BW<br><br>**STIPULATION TO EXTEND DEADLINE TO ANSWER COMPLAINT (Third Request)** |

Plaintiff Cohen Fuller and Defendant National Collegiate Athletic Association ("NCAA"), by and through their respective counsel of record, hereby submit this third Stipulation to extend the NCAA's time to respond to the Complaint, ECF No. 3, until **October 20, 2026.** The NCAA's current deadline to respond is October 13, 2026. ECF No. 70. The Parties agree that an extension is warranted to ensure the Parties have adequate time to consider the Court's forthcoming decision on Plaintiff's third motion for preliminary injunction and how the Parties wish to move forward in light of that decision.

Stipulated to on: October 9, 2026

NAYLOR & BRASTER

By: */s/ John M. Naylor*
John M. Naylor
Nevada Bar No. 5435
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

*Attorney for National Collegiate Athletic Association*

**GLASS & TABOR, LLP**

By: */s/ Geoffrey A. Tabor*
Geoffrey A. Tabor
Oklahoma Bar No. 15690
(ADMITTED PRO HAC VICE)
1601 36th Ave. NW
Norman, OK 73072
geoffrey@glasstaborlaw.com

Timothy R. O'Reilly
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S Maryland Parkway, Suite 100a
Las Vegas, NV 89101

*Attorneys for Plaintiff Cohen Fuller*

IT IS SO ORDERED:

______________________________
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: ______________________________

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 9th day of October, 2026, I caused the document **STIPULATION TO EXTEND DEADLINE TO ANSWER COMPLAINT (Third Request)** to be served through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter.

*/s/ Halee A. Mennear*
An Employee of NAYLOR & BRASTER